1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                     CENTRAL DISTRICT OF CALIFORNIA

10

11    BISHOY HANNA,                              Case No. 2:24-cv-11241-FLA (BFM)

12                     Plaintiff,
                                                 **ORDER ACCEPTING**
13            v.                                 **MAGISTRATE JUDGE'S REPORT**
                                                 **AND RECOMMENDATION**
14
      CHRISTIE HUDSON YOUNGQUIST,
15    *et al.*,

16                     Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

1

1    Pursuant to 28 U.S.C. § 636, the court has reviewed the Complaint, the records

2    and files herein, and the Magistrate Judge's Report and Recommendation.  No

3    objections to the Report and Recommendation were filed. The court accepts the

4    recommendations of the Magistrate Judge.

5        ACCORDINGLY, IT IS ORDERED:

6        1.    The Report and Recommendation is accepted.

7        2.    Defendant's Request for Judicial Notice (Dkt. 11-2) is granted.

8        3.    Defendant's Motion to Dismiss (Dkt. 11) is granted in part.  Plaintiff's

9    official capacity claims against Defendant are dismissed with prejudice and without

10    leave to amend.  Plaintiff's individual capacity claims against Defendant are dismissed

11    without prejudice and with leave to amend.

12        4.    Following the Magistrate Judge's Report and Recommendation, Plaintiff

13    filed a First Amended Complaint.  Dkt. 20.  Given that this Order dismisses the

14    Complaint with leave to amend, the court accepts the First Amended Complaint as the

15    operative pleading.  Plaintiff's First Amended Complaint (Dkt. 20) is deemed filed as

16    of the date of this Order.  Defendant shall file a response to the First Amended

17    Complaint no later than thirty days from the date of this Order.

18    5.    The Clerk of the court shall serve this Order on all counsel or parties of record.

19

20        IT IS SO ORDERED.

21

22    Dated: August 19, 2025

23        _____
        FERNANDO L. AENLLE-ROCHA
        United States District Judge

24

25

26

27

28

2