JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BISHOY HANNA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHRISTIE HUDSON YOUNGQUIST, *et al.*,<br><br>　　　　　　Defendants. | Case No. 2:24-cv-11241-FLA (BFMx)<br><br>**JUDGMENT** |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation, it is adjudged that the First Amended Complaint in this matter is DISMISSED in its entirety. The federal claims are DISMISSED with prejudice, and the remaining state law claims are DISMISSED without leave to amend and without prejudice.

　　IT IS SO ORDERED.

Dated: January 5, 2026

　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　FERNANDO L. AENLLE-ROCHA
　　　　　　　　　　　　　　　　　　　United States District Judge

1